In the Matter of ARTHUR VENNE, Respondent, v CAROL SAN-
FORD, as Supervisor of the Town of Nassau, et al., Respon-
dents, and ALEXANDER F. CLEMENT et al., Appellants.

Submitted February 22, 2006; decided February 27, 2006

Motion for leave to appeal denied. Motion for a stay dismissed
as academic. Cross motion to vacate stay granted.